```
1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  MEGAN T. HOPKINS, CA SBN #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   BARBARA FORBES
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:14-mj-0145 MJS |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION TO TERMINATE PROBATION; ORDER |
| BARBARA FORBES, | ) |
| Defendant. | ) |

Defendant Barbara Forbes, by and through her counsel of record, Assistant Federal Defender Megan T. Hopkins, hereby moves for early termination of her term of unsupervised probation pursuant to 18 U.S.C. § 3564(c).  The government does not oppose this request.

On February 24, 2014, Ms. Forbes pled guilty to reckless driving, a violation of 36 C.F.R. § 4.2 (Cal Veh. Code § 23103).  That same date, the Court sentenced Ms. Forbes to serve twelve months of unsupervised probation, to expire on February 24, 2015.  As conditions of her probation, the Court ordered Ms. Forbes to:  (1) pay a $790 fine and a $10 special assessment within 90 days of sentencing; and (2) obey all local, state, and federal laws.

Ms. Forbes has complied with all conditions of probation.  She paid her monetary penalty immediately upon receipt of the order to pay and judgment of the court, and she has not been arrested, cited, or charged with any federal, state, or local criminal offenses since being placed on probation by this Court.

1    Ms. Forbes is a licensed Certified Public Accountant, whom prior to this case had never
2 before been cited or arrested for any offense.  She is eager to show the court and the government
3 that this incident was truly an aberration and that it does not reflect her true character.  Her
4 family has planned a trip abroad to Canada, which she would very much like to attend.
5 Unfortunately, Canadian laws regarding foreign travelers consider her class b misdemeanor
6 offense and the ongoing probation period to be sufficient grounds to deny her entry as a tourist.
7 She has been informed, however, that if she were not on probation she may be eligible for a
8 waiver, given the nature of the offense and her lack of other criminal history.

9    Ms. Forbes therefore requests that the Court terminate her term of unsupervised
10 probation.  She has been on probation for more than 6 months and has fully complied with the
11 terms of her probation.  Early termination of Ms. Forbes's term of unsupervised probation is
12 therefore "warranted by the conduct of [Ms. Forbes] and the interest of justice."  18 U.S.C. §
13 3564(c).  Ms. Forbes hopes that she has demonstrated to the court that she takes seriously the
14 conviction and sentence imposed, and that the court will be satisfied with her performance on
15 probation to date.

16    WHEREFORE, Ms. Forbes requests that the Court terminate her term of unsupervised
17 probation pursuant to 18 U.S.C. § 3564(c) and vacate the January 26, 2016 review hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 27, 2015        */s/ Megan T. Hopkins*
                             MEGAN T. HOPKINS
                             Assistant Federal Defender
                             Attorney for Defendant
                             BARBARA FORBES

25 / / /
26 / / /
27 / / /
28 / / /

**O R D E R**

Pursuant to 18 U.S.C. § 3564(c) and Defendant Barbara Forbes's request for early termination of her term of unsupervised probation in Case No. 6:14-mj-0145 MJS , and given the Government's non-opposition to the request, the Court hereby terminates Defendant Forbes's term of unsupervised probation effective with the date of this Order. The January 26, 2016 review hearing is hereby vacated.

IT IS SO ORDERED.

Dated:   September 2, 2015          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE